170 A.3d 937

INDYMAC FEDERAL BANK, FSB, PLAINTIFF–RESPONDENT, v. MARISA L. BELL, DEFENDANT–PETITIONER.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002510–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.